# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>    vs.<br><br>FRANCISCO HERNANDEZ<br><br>                   Defendant. | 8:11CR296<br><br>ORDER |

The government has filed a Motion to Dismiss [Filing No. 147] the Petition for Offender Under Supervision [Filing No. 127]. For that reason, the motion is granted.

IT IS ORDERED:

1. The Petition for Offender Under Supervision [Filing No. 127, filed herein, is dismissed, without prejudice.

Dated this 7th day of March 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge