IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:11CR296 |
| v. | |
| FRANCISCO HERNANDEZ, | ORDER |
| Defendant. | |

This matter is before the Court on the government's unopposed Motion for Dismissal of Petition for Offender Under Supervision pursuant to Federal Rule of Criminal Procedure 48(a) (Filing No. 184). The government requests the Court dismiss the Petition for Offender Under Supervision (Filing No. 156) and the Amended Petition for Offender Under Supervision (Filing No. 166) without prejudice as to defendant Francisco Hernandez ("Hernandez"). The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal of Petition for Offender Under Supervision (Filing No. 184) is granted.
2. The Petition for Offender Under Supervision (Filing No. 156) and the Amended Petition for Offender Under Supervision (Filing No. 166) are hereby dismissed without prejudice.
2. Hernandez's previously imposed conditions of supervision remain in effect until he completes the term of his supervised release.

Dated this 29th day of April 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge